IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARGARET EDWARDS,

      Plaintiff,

vs.                                   CIVIL NO. 13-cv-753-DRH-CJP

CAROLYN W. COLVIN,

      Defendant.

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

      This matter is now before the Court on defendant's Motion to Remand to the Commissioner. (Doc. 23).

      There are two avenues for remanding a social security case. Remand can be ordered pursuant to sentence four or to sentence six of 42 U.S.C. § 405(g). A sentence four remand depends upon a finding of error, and is itself a final, appealable order. *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Schaefer v. Shalala*, 509 U.S. 292, 302-303 (1993).

      Here, the Commissioner impliedly confesses error and asks that this case be remanded pursuant to sentence four.

      The Court notes that plaintiff applied for benefits over four years ago, and the ALJ issued his decision in April, 2012. (Tr. 17-25). Administrative remedies were not completed until May, 2013, when the Appeals Council denied review.

(Tr. 1). While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this matter on remand to the extent practicable.

For good cause shown, defendant's Motion to Remand to the Commissioner (Doc. 23) is **GRANTED**.

The final decision of the Commissioner of Social Security denying Margaret Edwards' application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of 42 U.S.C. §405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: July 16, 2014**

Digitally signed by David R. Herndon
Date: 2014.07.16 16:27:26 -05'00'

**Chief Judge
United States District Court**