UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**MARGARET EDWARDS**,

    **Plaintiff,**

v.

**CAROLYN W. COLVIN**
*Acting Commissioner of Social Security*,

    **Defendants.**                       No. 13-cv-753-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Defendant's Motion to Remand.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on July 17, 2014 (Doc. 24) granting defendant's Motion to Remand, this case is **REVERSED AND REMANDED** to the Commissioner for reconsideration of the evidence. Judgment is entered in favor of the plaintiff.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                BY:    */s/Caitlin Fischer*
                                                **Deputy Clerk**

Dated: July 17, 2014

                              Digitally signed by
                              David R. Herndon
                              Date: 2014.07.17
                              13:15:02 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT